U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

MAR 22 2001

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RANDY LAVOIE, ET AL. | : | CIVIL ACTION NUMBER |
| VERSUS | : | 00-1488 |
| WEEKS MARINE, INC., ET AL. | : | JUDGE HUNTER |
| | | MAGISTRATE JUDGE WILSON |

<u>ORDER OF REMAND</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

IT IS ORDERED that plaintiffs' motion to remand (doc. # 9) be, and it is hereby GRANTED. The cause is remanded to the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court make out a certified copy of this Order, and forward the same to the Clerk of the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on the 22nd day of March, 2001.

COPY SENT
DATE: 3/23/01
BY: Cww
TO: Jones
Delafield
Cobb
Whitford
Landry
Crawford
Clerk

*Edwin F. Hunter*
EDWIN F. HUNTER, JR.
UNITED STATES DISTRICT JUDGE
SENIOR STATUS

COPY SENT
DATE 3/22/01
BY PAM
TO EFH JBB
JB

