



# United States District Court
OFFICE OF THE CLERK
## Western District of Louisiana

March 23, 2001

*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101-3083*
*Phone (318) 676-4273*
*FAX (318) 676-3962*

Clerk of Court
14th Judicial District Court
Calcasieu Parish Courthouse
P.O. Box 1030
Lake Charles, LA 70602

      In re:  Civil Action No. 2:00cv1488
            Your Case No.
            Randy Lavoie, et al vs. Weeks Marine, Inc., et al

Dear Sir:

    Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith certified copies of our docket entries and the Order to Remand.

    Due to the volume of original pleadings filed with our court we are unable to furnish copies. Counsel will be permitted to withdraw our file for a period of ten days to make any copies you require.

                                     Very truly yours,

                                       ROBERT H. SHEMWELL
                                       Clerk of Court

                                       By _____
                                                         Deputy Clerk

cww
Enclosures
Cc:   Jones, Delafield, Cobb, Whitford, Landry, Crawford, Reich, Giberga

